UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
KEVIN JAMES,

                Plaintiff,

    -against-

JOHNSTONS SUBARU, INC.,

                Defendant.
------------------------------------------------------------------ X

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No. 20-cv-6726 (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted by plaintiff in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: Tarrytown, New York
       March 29, 2023

/s/ Kaitlyn P. Long
**KAITLYN P. LONG, ESQ.**

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
Attorneys for Defendant
**EMMAHS LLC D/B/A JOHNSTONS SUBARU I/S/H/A JOHNSTONS SUBARU INC.**
580 White Plains Road, Suite 620
Tarrytown, NY 10591
klong@moodklaw.com
(914) 345-3701
File No.: 1929.108911

**MICHAEL SUSSMAN, ESQ.** (3497)

**SUSSMAN & ASSOCIATES**
Attorneys for Plaintiff
**KEVIN JAMES**
1 Railroad Avenue, Suite 3
P.O. Box 1005
Goshen, NY 10924
(845) 294-3991

{M0484256.1}

Dated: White Plains, NY
       May 4, 2023

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE